UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BENJAMIN DENEWETH,

    Plaintiff,

v.

COUNTY OF MACOMB, a political subdivision and PETER LUCIDO, in his individual capacity and separately in his official capacity,

    Defendants.

Case No.: 2:23-cv-11545
Hon. Linda V. Parker
Mag. Judge Anthony P. Patti

---

| | |
|---|---|
| SHAWN L. DESAI (P81845)<br>Desai Legal Services, PLLC<br>Attorney for Plaintiff<br>6450 Maple Road<br>West Bloomfield, MI 48322<br>(810) 355-6134<br>shawn@desailegalservices.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for Peter Lucido<br>19176 Hall Road, Suite 205<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com<br><br>JOHN A. SCHAPKA (P36731)<br>Macomb County Corporation Counsel<br>Attorney for Macomb County<br>One S. Main Street, 8th Floor<br>Mt. Clemens, MI 48043<br>(586) 469-6346<br>John.schapka@macombgov.org<br>kimberly.graham@macombgov.org |

**JOINT STATEMENT OF RESOLVED AND UNRESOLVED ISSUES REGARDING DEFENDANT LUCIDO'S RENEWED MOTION FOR PROTECTIVE ORDER (ECF NOS. 46, 62)**

**Resolved Issue No. 1**

Whether the Court should issue a protective order limiting Discovery (including interrogatories, requests for production, and deposition questions to witnesses) to the facts and circumstances related to the hiring decision at issue in this case, and prohibiting discovery into unsubstantiated complaint unrelated to Plaintiff, this hiring decision, sexual orientation, and disability and remote in time to this hiring decision by years.

**Movant's Position:**

On July 30, 2024, Plaintiff stipulated to entry of Defendant Lucido's proposed Protective Order which provides:

> All future discovery by Interrogatory, Request for Production of Documents, and Deposition, shall be limited to the facts and circumstances related to the hiring decision involving Plaintiff, Defendants' hiring practices and Plaintiff's allegations of sexual orientation and disability discrimination, slander and tortious interference with a contract and/or business relationship/expectancy.

Defendant Lucido will submit the proposed Protective Order for entry with the court withdraw this motion.

                                                Respectfully Submitted,

                                                ***Cummings, McClorey, Davis & Acho, PLC***

By:   /s/ TIMOTHY S. FERRAND
        TIMOTHY S. FERRAND (P39583)
        Attorney for Peter Lucido
        19176 Hall Road, Suite 205
        Clinton Township, MI 48038
Dated: July 30, 2024        (586) 228-5600

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  none.

*Cummings, McClorey, Davis & Acho, PLC*

By:  /s/ Timothy S. Ferrand