UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN DENEWETH,

        Plaintiff,

v.          Case No. 23-11545
        Honorable Linda V. Parker

PETER LUCIDO, et al.,

        Defendant.
_____/

## ORDER STRIKING STIPULATION

On August 13, 2024, Plaintiff's counsel filed a Stipulation and Order of Dismissal [ECF No. 72]. Pursuant to the E.D. Mich. Local Electronic Case Filing (ECF) Rule 12(a), a proposed stipulation and order must be submitted as a Word document to the judge to whom the case is assigned, via the link located under the Utilities section of the ECF system. The stipulation at issue is not in compliance with the rule.

**IT IS ORDERED** that the Stipulation and Order of Dismissal [ECF No. 72] is **STRICKEN**.

        s/ Linda V. Parker
        LINDA V. PARKER
        U.S. DISTRICT JUDGE

Dated: August 13, 2024