UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BENJAMIN DENEWETH,

    Plaintiff,

v.

COUNTY OF MACOMB, a political subdivision and PETER LUCIDO, in his individual capacity and separately in his official capacity,

    Defendants.

Case No.: 2:23-cv-11545
Hon. Linda V. Parker
Mag. Judge Anthony P. Patti

| | |
|---|---|
| SHAWN L. DESAI (P81845)<br>Desai Legal Services, PLLC<br>Attorney for Plaintiff<br>6450 Maple Road<br>West Bloomfield, MI 48322<br>(810) 355-6134<br>shawn@desailegalservices.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for Peter Lucido<br>19176 Hall Road, Suite 205<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com<br><br>JOHN A. SCHAPKA (P36731)<br>Macomb County Corporation Counsel<br>Attorney for Macomb County<br>One S. Main Street, 8th Floor<br>Mt. Clemens, MI 48043<br>(586) 469-6346<br>John.schapka@macombgov.org<br>kimberly.graham@macombgov.org |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, by and through their respective undersigned counsel, hereby

stipulate and agree that all claims in this action shall be dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Shawn L. Desai<br>SHAWN L. DESAI (P81845)<br>Desai Legal Services, PLLC<br>Attorney for Plaintiff | /s/ Timothy S. Ferrand<br>TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for Peter Lucido |
| | /s/ John A. Schapka<br>JOHN A. SCHAPKA (P36731)<br>Macomb County Corporation Counsel<br>Attorney for Macomb County |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BENJAMIN DENEWETH,

      Plaintiff,

v.

COUNTY OF MACOMB, a political subdivision and PETER LUCIDO, in his individual capacity and separately in his official capacity,

      Defendants.

Case No.: 2:23-cv-11545
Hon. Linda V. Parker
Mag. Judge Anthony P. Patti

| | |
|---|---|
| SHAWN L. DESAI (P81845)<br>Desai Legal Services, PLLC<br>Attorney for Plaintiff<br>6450 Maple Road<br>West Bloomfield, MI 48322<br>(810) 355-6134<br>shawn@desailegalservices.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, P.L.C.<br>Attorney for Peter Lucido<br>19176 Hall Road, Suite 205<br>Clinton Township, MI 48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com<br><br>JOHN A. SCHAPKA (P36731)<br>Macomb County Corporation Counsel<br>Attorney for Macomb County<br>One S. Main Street, 8th Floor<br>Mt. Clemens, MI 48043<br>(586) 469-6346<br>John.schapka@macombgov.org<br>kimberly.graham@macombgov.org |

## **ORDER OF DISMISSAL**

Upon consideration of the Stipulation of Dismissal filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and for

good cause shown, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**THIS IS A FINAL ORDER AND CLOSES THE CASE.**

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE

Dated: August 14, 2024